IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Andrade, Servando | Case Number: 05 B 48933 |
| | Judge: Hollis, Pamela S |
| Printed: 5/27/08 | Filed: 10/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 14, 2008
Confirmed: November 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,425.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,497.70 |
| Priority: | | 0.00 |
| Administrative: | | 2,694.00 |
| Trustee Fee: | | 233.30 |
| Other Funds: | | 0.00 |
| Totals: | 4,425.00 | 4,425.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,694.00 | 2,694.00 |
| 2. | Tidewater Motor Credit | Secured | 0.00 | 0.00 |
| 3. | Merrick Bank | Unsecured | 112.76 | 302.31 |
| 4. | Tidewater Motor Credit | Unsecured | 312.58 | 838.05 |
| 5. | Capital One Auto Finance | Unsecured | 133.28 | 357.34 |
| 6. | Bank One | Unsecured | | No Claim Filed |
| 7. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 8. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 9. | GEMB | Unsecured | | No Claim Filed |
| 10. | Verizon Wireless | Unsecured | | No Claim Filed |
| 11. | Comcast Cablevision | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,252.62 | $ 4,191.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 72.02 |
| 5% | 21.71 |
| 4.8% | 41.60 |
| 5.4% | 97.97 |
| | _____ |
| | $ 233.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Andrade, Servando

Printed: 5/27/08

Case Number:  05 B 48933
Judge: Hollis, Pamela S
Filed: 10/11/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

